UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                  Plaintiff,

   - against -

ZENAIDA CODRINGTON,

                  Defendant.
-------------------------------------------------------X

**C O R R E C T E D**
**MEMORANDUM**
**A N D   O R D E R**

07 MJ 118 (CLP)

On May 1, 2008, this Court issued a Memorandum and Order in the above-captioned

case. The second sentence beginning on page one should read as follows: "Pursuant to the

Assimilative Crimes Act, 18 U.S.C. § 13, the charge was later modified to attempted petit

larceny, a class B misdemeanor under New York Penal Law §§ 155.25 and 110.00."


   **SO ORDERED.**

Dated: Brooklyn, New York
      June 4, 2008


                          Cheryl L. Pollak
                          United States Magistrate Judge
                          Eastern District of New York